FILED
2019 Jun-25  PM 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

ACCC INSURANCE COMPANY,
O/B/O WARREN FLANNIGAN,

    Plaintiff/Stakeholder,

v.

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS, et al.,

    Defendants.

CIVIL ACTION NO.

## NOTICE OF REMOVAL

COMES NOW the United States of America on behalf of its federal agency, the U.S. Department of Veterans Affairs ("VA"),  by and through Jay E. Town, United States Attorney for the Northern District of Alabama, and Jack Hood, Assistant U.S. Attorney, and gives notice of removal of the above-captioned civil action pursuant to 28 U.S.C. § 1442(d)(1), and shows as follows:

1.    The VA is a federal agency of the United States of America, with medical facilities located within Alabama and elsewhere.

2.    On May 23, 2019, Plaintiff filed an interpleader action against the VA and others in the Circuit Court of Greene County, Alabama, in a case styled and numbered as *ACCC Insurance Company, on behalf of Warren Flannigan v.*

*United States Department of Veterans Affairs, et al.,* Civil Action No. 35-CV-2019-900028.00 (Exhibit 1) The case has not yet gone to trial. Counsel for the United States received first notice that the VA had been sued in this proceeding on or about May 28, 2019, when the U.S. Attorney's Office was formally served with process. (Exhibit 1)

3.    The United States and its federal agency, the VA, have not waived sovereign immunity to permit any such alleged cause of action or civil proceeding to be brought in state court.

4.    Under 28 U.S.C. § 1442, actions commenced in state court against federal officers or agencies can be removed to federal district court for proper disposition. *See City of Jacksonville v. Department of Navy,* 348 F. 3d 1307, 1310-1311 (11th Cir. 2003) (28 U.S.C. § 1442(a)(1) authorizes removal by the United States and its agencies to assert sovereign immunity).

5.    The Defendant United States of America, on behalf of its federal agency, the VA, files herewith a copy of the civil pleadings in *ACCC Insurance Company, on behalf of Warren Flannigan v. United States Department of Veterans Affairs, et al.,* Civil Action No. 35-CV-2019-900028.00, Circuit Court of Greene County, Alabama (Exhibit 2), which is all that it has received by way of process, pleadings, or orders to date forming the basis of removal.

2

WHEREFORE, the aforesaid action is hereby removed from the Circuit

Court of Greene County, Alabama, to the U.S. District Court for the Northern

District of Alabama, Western Division.

Respectfully submitted,

JAY E. TOWN
UNITED STATES ATTORNEY

**s/ Jack Hood**
Jack Hood
Assistant United States Attorney
U.S. Attorney's Office
State Bar No. D41J
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2103
(205) 244-2181 (fax)
jack.hood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, I filed the foregoing with the Clerk of

Court and served same by certified mail, U.S. postage pre-paid, to all of the

following:

Megan K. McCarthy
HOLTSFORD, GILLILAND, HIGGINS,
   HITSON & HOWARD, PC
PO BOX 4128
4001 Carmichael Road Suite 300
Montgomery, Alabama 36106
Phone: 334.215.8585
mmccarthy@hglawpc.com

3

Attorney for Plaintiff

Winsceler Davis
4636 Greenview Drive
Tuscaloosa, AL 35401

Karen Simmons, or behalf of
  Winsceler Davis
5273 Crowne Chase Parkway
Hoover, AL 35244

The DCH Healthcare Authority
809 University Boulevard Eastern
Tuscaloosa, AL 35401

Greene County EEMS
PO BOX 431
Eutaw, AL 35462

San Diego Department of Child
  Support Services
Director Jeff Grissom
3666 Kearny Villa Road
San Diego, CA 92123

s/Jack Hood
Jack Hood
Assistant United States Attorney

# GOVERNMENT
# EXHIBIT 1



AlaFile E-Notice

35-CV-2019-900028.00

To: JAY E. TOWN/U.S. ATTY FOR NORTHERN DIST OF AL
1801 4TH AVENUE NORTH
BIRMINGHAM, AL, 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA

ACCC INSURANCE COMPANY OBO WARREN FLANNIGAN V. WINSCELER DAVIS ET AL
35-CV-2019-900028.00

The following complaint was FILED on 5/23/2019 7:50:29 AM

Notice Date:     5/23/2019 7:50:29 AM

VERONICA MORTON-JONES
CIRCUIT COURT CLERK
GREENE COUNTY, ALABAMA
400 MORROW AVENUE
EUTAW, AL, 35462

205-372-3598
veronica.jones@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>35-CV-2019-900028.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA**
**ACCC INSURANCE COMPANY OBO WARREN FLANNIGAN V. WINSCELER DAVIS ET AL**

**NOTICE TO:** JAY E. TOWN/U.S. ATTY FOR NORTHERN DIST OF AL, 1801 4TH AVENUE NORTH, BIRMINGHAM, AL 35203

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
MEGAN KIME MCCARTHY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 4128, MONTGOMERY, AL 36103

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

ACCC INSURANCE COMPANY

☑ Service by certified mail of this Summons is initiated upon the written request of OBO WARREN FLANNIGAN
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 5/23/2019 7:50:29 AM | /s/ VERONICA MORTON-JONES | By: | |
| --- | --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ MEGAN KIME MCCARTHY
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in _____ County,
*(Name of Person Served)*      *(Name of County)*

Alabama on _____ .
*(Date)*

*(Address of Server)*

_____
*(Type of Process Server)*      *(Server's Signature)*

_____
*(Server's Printed Name)*      *(Phone Number of Server)*

ELECTRONICALLY FILED
5/23/2019 7:50 AM
35-CV-2019-900028.00
CIRCUIT COURT OF
GREENE COUNTY, ALABAMA
VERONICA MORTON-JONES, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>35<br>Date of Filing:   Judge Code:<br>05/23/2019 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA
### ACCC INSURANCE COMPANY OBO WARREN FLANNIGAN v. WINSCELER DAVIS ET AL

**First Plaintiff:** ☑ Business   ☐ Individual     **First Defendant:** ☐ Business   ☑ Individual
      ☐ Government   ☐ Other                 ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☐ MONETARY AWARD REQUESTED ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| MCC149 | 5/23/2019 7:50:03 AM | /s/ MEGAN KIME MCCARTHY |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**   ☐ YES ☑ NO   ☐ UNDECIDED

Election to Proceed under the Alabama Rules for Expedited Civil Actions:   ☐ YES ☐ NO

ELECTRONICALLY FILED
5/23/2019 7:50 AM
35-CV-2019-900028.00
CIRCUIT COURT OF
GREENE COUNTY, ALABAMA
VERONICA MORTON-JONES, CLERK

**IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA**

| | | |
|---|---|---|
| ACCC Insurance Company,<br>on behalf of Warren Flannigan,<br><br><br>Plaintiff/Stakeholder,<br>v. | *<br>*<br>*<br>*<br>*<br>* | <br><br><br><br><br>CV-2019- |

Winsceler Davis, individually; Karen
Simmons, on behalf of Winsceler Davis;
The DCH Healthcare Authority; Greene
County EMS; United States Department
of Veterans Affairs; San Diego Department
of Child Support Services; Fictitious
Defendants A, B, C, and D, are those
businesses, firms, or corporations who
provided health insurance coverage and/or
benefits to any named Defendant; Fictitious
Defendants E, F, G, H, I, J, and K, are those
health care providers who provided
medical care to the Defendant, who claim
any outstanding medical payments for those
services; Fictitious Defendants L, M, N,
and O, are those individuals, businesses,
firms, or corporations who claim any
damages or injuries as a result of the
accident in question; and Fictitious
Defendant P, are those relatives of any
Plaintiff or Defendant by blood or marriage
who can claim any damages or injuries as
a result of the accident in question,

Defendants/Claimants.

**COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF**

COMES NOW, Plaintiff and Stakeholder, ACCC Insurance Company, on behalf of

Warren Flannigan, by and through the undersigned counsel, and hereby files this interpleader

action pursuant to Rule 22 of the *Alabama Rules of Civil Procedure*. In support thereof, ACCC

Insurance Company shows unto the Court the following:

## PARTIES

1.  ACCC Insurance Company is an insurance company doing business and is properly licensed to do business in the State of Alabama.

2.  Upon information and belief, Winsceler Davis, an individual over the age of nineteen (19), is a resident of Alabama. Winsceler Davis was involved in an automobile accident on December 2, 2018, in Greene County, Alabama.

3.  Upon information and belief, Karen Simmons, an individual over the age of nineteen (19), is a resident of Alabama. Karen Simmons contends that Winsceler Davis granted her a durable power of attorney to act as an agent on his behalf.

4.  Upon information and belief, The DCH Healthcare Authority is a corporation that operates DCH Regional Medical Center, a hospital in Alabama. The DCH Healthcare Authority's principal place of business is in Tuscaloosa, Alabama. It is believed that The DCH Healthcare Authority has a lien in the amount of $44,646.13 for services provided to Winsceler Davis.

5.  Upon information and belief, Greene County EMS is an ambulance service in Greene County, Alabama. Greene County EMS' principal place of business is in Greene County, Alabama. It is believed that Greene County EMS may have an outstanding bill for services provided to Winsceler Davis.

6.  Upon information and belief, United States Department of Veterans Affairs is an executive department and agency of the United States government. United States Department of Veterans Affairs is presently headquartered in Washington, DC. United States Department of Veterans Affairs operates Tuscaloosa Veterans Affairs Medical Center, a hospital in Tuscaloosa, Alabama. It is believed that United States Department of Veterans Affairs may have a

subrogation claim for services provided to Winsceler Davis at Tuscaloosa Veterans Affairs Medical Center.

7.    Upon information and belief, San Diego Department of Child Support Services is an executive department and agency of California. San Diego Department of Child Support Services is presently headquartered in San Diego, California. San Diego Child Support Services served ACCC Insurance Company with an Income Withholding Order in the amount of $6,167.75, for delinquent child support payments owed by Winsceler Davis.

8.    Upon information and belief, Fictitious Defendants/Claimants A, B, C, and D, are those businesses, firms, or corporations who provided health insurance coverage and/or benefits to any named Defendant/Claimant or Fictitious Defendant/Claimant, or paid any medical bills or expenses to or on behalf of any party herein.

9.    Upon information and belief, Fictitious Defendants/Claimants E, F, G, H, I, J, and K are those health care providers who provided medical care to any named Defendant/Claimant or Fictitious Defendant/Claimant who claim any outstanding medical payments for those services.

10.    Upon information and belief, Fictitious Defendants/Claimants L, M, N and O, are those individuals, businesses, firms or corporations who were injured or claimed damages or made payment in any form for injuries, insurance and/or health care insurance to the named Defendants/Claimants.

11.    Upon information and belief, Fictitious Defendants/Claimants P are those individuals who are relatives by blood or marriage to any other Defendant or Claimant who can claim damages or injuries as a result of the accident in question.

## FACTS

12.    On or about December 2, 2018, Warren Flannigan, an insured of ACCC Insurance

Company, was involved in an automobile accident with Defendant/Claimant Winsceler Davis.

Winsceler Davis was a passenger in Warren Flannigan's vehicle. It is alleged that Warren

Flannigan was traveling on County Road 181, in Greene County, Alabama, when he pulled from

a stop sign in front of a vehicle. The vehicles collided and Winsceler Davis was allegedly

injured. Fictitious Defendants/Claimants L, M, N and O were also allegedly injured.

13.    ACCC Insurance Company is the liability insurer of Warren Flannigan, who was

the owner and driver of the 2008 Nissan Altima involved in the accident at issue in this case.

14.    On or about December 2, 2018, Warren Flannigan was covered by an insurance

policy through ACCC Insurance Company that provided personal liability coverage. The policy

limits are $25,000.00 per person/$50,000.00 per accident.

15.    Without admitting liability and specifically denying liability, ACCC Insurance

Company, on behalf of Warren Flannigan, seeks to interplead the total insurance proceeds of

$25,000.00 into the Circuit Court of Greene County, Alabama.

16.    Karen Simmons claims that she is entitled to be paid by the aforementioned

insurance payments, on behalf of Winsceler Davis. Karen Simmons produced a "Durable Power

of Attorney for Financial Management" to ACCC Insurance Company, which purports to grant

Karen Simmons a durable power of attorney to act on Winsceler Davis' behalf. This Power of

Attorney must be recorded to be valid in Alabama. *See* Ala. Code § 35-4-8; Ala. Code § 35-4-

50. Upon information and belief, this Power of Attorney was not recorded in the Office of the

Probate Judge of Tuscaloosa County, which is the county in which Mr. Davis resides. ACCC

Insurance Company is in great doubt as to whether Karen Simmons is entitled to be paid any of the aforementioned insurance policy benefits.

17.     DCH Regional Medical Center allegedly provided medical treatment to Winsceler Davis for injuries he allegedly sustained as a result of the accident. Defendant/Claimant The DCH Healthcare Authority is a corporation that operates DCH Regional Medical Center. It is believed that The DCH Healthcare Authority has a lien in the amount of $44,646.13 for services provided to Winsceler Davis.

18.     Greene County EMS allegedly provided emergency medical services to Winsceler Davis for injuries he allegedly sustained as a result of the accident. It is believed that Greene County EMS may have an outstanding bill for services provided to Winsceler Davis.

19.     It is believed that Winsceler Davis received medical services from Tuscaloosa Veterans Affairs Medical Center after the accident. United States Department of Veterans Affairs is an executive department and agency of the United States government that operates Tuscaloosa Veterans Affairs Medical Center. It is believed that United States Department of Veterans Affairs may have a subrogation claim for services provided to Winsceler Davis.

20.     ACCC Insurance Company received an Income Withholding Order from San Diego Department of Child Support Services in the amount of $6,167.75, for outstanding child support payments owed by Winsceler Davis.

21.     ACCC Insurance Company is in in great doubt as to which Defendants/Claimants, if any, are entitled to be paid by the aforementioned insurance payments; and in what amount, if any should be paid by the aforementioned insurance payments; and in what amount, if any should be payable to each Defendant/Claimant.

## RELIEF SOUGHT

22.      Based on the forgoing, ACCC Insurance Company intends to interplead its policy

limits of liability on behalf of its insured, Warren Flannigan. It is ACCC Insurance Company's

intention to interplead its total policy limit of $25,000.00 into the Circuit Court of Greene

County, Alabama, and to obtain in exchange, a release and discharge of liability for and on

behalf of Warren Flannigan. If the Court does not release and fully discharge Warren Flannigan

and ACCC Insurance Company of liability, then ACCC Insurance Company seeks to dismiss this

case and re-obtain the interpled total policy limit.

23.      Pursuant to this interpleader, ACCC Insurance Company claims no beneficial

interest in the insurance proceeds, but is a mere stakeholder.

24.      Because the alleged liability of Warren Flannigan is in dispute, ACCC Insurance

Company cannot determine which of the Defendants/Claimants, if any, are entitled to the

insurance proceeds, and therefore, cannot deliver any part of said funds or pay any part of said

funds without danger of being compelled to pay said funds to each of the Defendants/Claimants.

25.      ACCC Insurance Company believes that it is in its best interest to interplead the

insurance proceeds into the Court to avoid double or multiple liability and allow all possible

claimants to challenge the distribution of the insurance proceeds under supervision of the Court,

in exchange for receiving a release and discharge of liability and uninsured motorist coverage.

26.      As allowed by Rule 22(b), of the *Alabama Rules of Civil Procedure*, ACCC

Insurance Company, itself, and on behalf of Warren Flannigan, seeks to have ACCC Insurance

Company and Warren Flannigan discharged from liability as to such claims arising out of the

automobile accident occurring on December 2, 2018.

27.     If the Court does not discharge Warren Flannigan and ACCC Insurance Company

pursuant to Rule 22(b) of the *Alabama Rules of Civil Procedure*, ACCC Insurance Company

wishes to dismiss this case and re-obtain the interpled remaining insurance policy limit of

$25,000.00 in liability limits from ACCC Insurance Company.

WHEREFORE, ACCC Insurance Company respectfully requests that the Court adjudge

that each of the Defendants/Claimants be restrained from instituting any action against Warren

Flannigan, or his insurer, ACCC Insurance Company, for recovery of the amount of the

insurance policy or any part thereof, or any additional proceeds, and that the

Defendants/Claimants be required to settle between themselves their rights to the money under

the insurance policy, and that Warren Flannigan and his insurer, ACCC Insurance Company, be

discharged from all liability.

Respectfully submitted this 23rd day of May, 2019.

/s/Megan K. McCarthy
MEGAN K. MCCARTHY (MCC149)
Attorney for Plaintiff/Stakeholder ACCC
Insurance Company on behalf of Warren Flannigan


OF COUNSEL:
Holtsford Gilliland Higgins Hitson & Howard, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:     (334) 215-8585
Facsimile:      (334) 215-7101
mmccarthy@hglawpc.com

**Please serve the following Defendants/Claimants by certified mail:**

Winsceler Davis
4636 Greenview Drive
Tuscaloosa, AL 35401

Karen Simmons, on behalf of Winsceler Davis
5273 Crowne Chase Parkway
Hoover, Alabama 35244

The DCH Healthcare Authority
809 University Boulevard East
Tuscaloosa, Alabama 35401

Greene County EMS
P.O Box 431
Eutaw, Alabama 35462

The Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20571

Jay E. Town, Esq.
United States Attorney for the Northern District of Alabama
1801 4th Avenue North
Birmingham, Alabama 35203

William Barr, Esq.
Attorney General of the United States of America
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

San Diego Department of Child Support Services
Director Jeff Grissom
3666 Kearny Villa Road
San Diego, California 92123

# GOVERNMENT
# EXHIBIT 2





\* \* \* IN THE CIRCUIT COURT OF GREENE COUNTY \* \* \*

ACCC INSURANCE COMPANY OBO WARREN FLANNIGAN V. WINSCELER DAVIS ET AL
PLA ATTY: MCCARTHY MEGAN KIME          DEF ATTY:


          CASE:   CV 2019 900028.00
         JUDGE:   EDDIE HARDAWAY, JR.
  CASE SET FOR:   PRETRIAL CONFERENCE
  ON THIS DATE:   08/15/2019 AT: 0100 PM
         PLACE:   EUTAW, ALABAMA
                  GREENE COUNTY COURTHOUSE
                  EUTAW,   ALABAMA


CASE 0058 OF 0060 CASES

(06/12/2019)    OPER: DER              01146      FORM: A465


★ SEE REVERSE SIDE FOR OPENING INSTRUCTIONS ★

VERONICA JONES
P O BOX 307
EUTAW   AL   35462

CASE NO: CV 2019 900028.00

PRSRT   FIRST CLASS
US POSTAGE PAID
MONTGOMERY, AL
PERMIT #994

RETURN SERVICE REQUESTI



JAY E. TOWN/U.S. ATTY FOR NORTHERN
1801 4TH AVE N
BIRMINGHAM, AL 35203-2101



AlaFile E-Notice

35-CV-2019-900028.00

Judge: HON. EDDIE HARDAWAY

To: JAY E. TOWN/U.S. ATTY FOR NORTHERN DIST OF AL (PRO SE)
1801 4TH AVENUE NORTH
BIRMINGHAM, AL, 35203-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA

ACCC INSURANCE COMPANY OBO WARREN FLANNIGAN V. WINSCELER DAVIS ET AL
35-CV-2019-900028.00

The following matter was FILED on 5/23/2019 7:59:09 AM

**C001 ACCC INSURANCE COMPANY OBO WARREN FLANNIGAN**

MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

[Filer: MCCARTHY MEGAN KIME]

Notice Date:     5/23/2019 7:59:09 AM

VERONICA MORTON-JONES
CIRCUIT COURT CLERK
GREENE COUNTY, ALABAMA
400 MORROW AVENUE
EUTAW, AL, 35462

205-372-3598
veronica.jones@alacourt.gov

ELECTRONICALLY FILED
5/23/2019 7:58 AM
35-CV-2019-900028.00
CIRCUIT COURT OF
GREENE COUNTY, ALABAMA
VERONICA MORTON-JONES, CLERK

**STATE OF ALABAMA**          Revised 3/5/08          Cas

Unified Judicial System

35-GREENE          ☐ District Court     ☑ Circuit Court     CV2(

| | |
|---|---|
| ACCC INSURANCE COMPANY OBO WARREN FLANNIGAN V. WINSCELER DAVIS ET AL | **CIVIL MOTION COVER SHEET**<br>Name of Filing Party: C001 - ACCC INSURANCE COMPANY OBO WARREN FLANNIGAN |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*          ☐ Oral Arguments Requested

MEGAN KIME MCCARTHY

P.O. BOX 4128

MONTGOMERY, AL 36103

*Attorney Bar No.:* MCC149

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other ___ | ☐ In Limine |
| pursuant to Rule ___ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $   0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other   Motion for Appointment of Guardian Ad Litem |
| | pursuant to Rule  N/A          (Subject to Filing Fee) |

| | | |
|---|---|---|
| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government  (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)  ☐ | Date:<br>5/23/2019 7:57:58 AM | Signature of Attorney or Party<br>/s/ MEGAN KIME MCCARTHY |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

ELECTRONICALLY FILED
5/23/2019 7:58 AM
35-CV-2019-900028.00
CIRCUIT COURT OF
GREENE COUNTY, ALABAMA
VERONICA MORTON-JONES, CLERK

## IN THE CIRCUIT COURT OF GREENE COUNTY, ALABAMA

ACCC Insurance Company,
on behalf of Warren Flannigan,

    Plaintiff/Stakeholder,

v.

Winsceler Davis, individually; Karen
Simmons, on behalf of Winsceler Davis;
The DCH Healthcare Authority; Greene
County EMS; United States Department
of Veterans Affairs; San Diego Department
of Child Support Services; Fictitious
Defendants A, B, C, and D, are those
businesses, firms, or corporations who
provided health insurance coverage and/or
benefits to any named Defendant; Fictitious
Defendants E, F, G, H, I, J, and K, are those
health care providers who provided
medical care to the Defendant, who claim
any outstanding medical payments for those
services; Fictitious Defendants L, M, N,
and O, are those individuals, businesses,
firms, or corporations who claim any
damages or injuries as a result of the
accident in question; and Fictitious
Defendant P, are those relatives of any
Plaintiff or Defendant by blood or marriage
who can claim any damages or injuries as
a result of the accident in question,

    Defendants/Claimants.

CV-2019-900028

### MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

COMES NOW, Plaintiff and Stakeholder, ACCC Insurance Company, on behalf of

Warren Flannigan, by and through the undersigned counsel, and hereby petitions the Court for

appointment of a Guardian Ad Litem for Defendant/Claimant Winsceler Davis. In support

thereof, ACCC Insurance Company shows unto the Court the following:

1.     On or about December 2, 2018, Warren Flannigan, an insured of ACCC Insurance Company, was involved in an automobile accident with Defendant/Claimant Winsceler Davis. Winsceler Davis allegedly suffered injuries in this accident. ACCC Insurance Company, on behalf of Warren Flannigan, seeks to interplead the total insurance proceeds of $25,000.00 into the Circuit Court of Greene County, Alabama, and to obtain in exchange, a release and discharge of liability for and on behalf of Warren Flannigan.

2.     Karen Simmons claims that she is entitled to be paid by the aforementioned insurance payments, on behalf of Winsceler Davis. Defendant/Claimant Karen Simmons produced a "Durable Power of Attorney for Financial Management" to ACCC Insurance Company, which purports to grant Karen Simmons a durable power of attorney to act on Winsceler Davis' behalf. This Power of Attorney must be recorded to be valid in Alabama. *See* Ala. Code § 35-4-8; Ala. Code § 35-4-50. Upon information and belief, this Power of Attorney was not recorded in the Office of the Probate Judge of Tuscaloosa, County, which is the county in which Mr. Davis resides.

3.     ACCC Insurance Company has been asked to accept the Durable Power of Attorney for Financial Management. ACCC Insurance Company has a sufficient legal interest in the validity of the power of attorney in that ACCC Insurance Company may be subjected to double or multiple liability if the power of attorney is not valid.

3.     ACCC Insurance Company has reason to believe that Defendant/Claimant Winsceler Davis is an incapacitated person within the meaning of the Code of Alabama, Section 26-2A-20(8), in that he is impaired by reason of mental and/or physical infirmities, to the extent of lacking sufficient understanding, memory and capacity to make and communicate responsible decisions.

4.     Defendant/Claimant Winsceler Davis does not have any attorney to represent him

and requires the appointment of an attorney with the power and duties of a Guardian Ad Litem to

represent him in these proceedings.

WHEREFORE, ACCC Insurance Company, on behalf of Warren Flannigan, respectfully

requests the Court to appoint an attorney with power of a Guardian Ad Litem to represent the

interests of Defendant/Claimant Winsceler Davis.

Respectfully submitted this 23rd day of May, 2019.

                    /s/Megan K. McCarthy
                    MEGAN K. MCCARTHY (MCC149)
                    Attorney for Plaintiff/Stakeholder ACCC
                    Insurance Company on behalf of Warren Flannigan

OF COUNSEL:
Holtsford Gilliland Higgins Hitson & Howard, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:    (334) 215-8585
Facsimile:    (334) 215-7101
mmccarthy@hglawpc.com

**Please serve the following Defendants/Claimants by certified mail:**

Winsceler Davis
4636 Greenview Drive
Tuscaloosa, AL 35401

Karen Simmons, on behalf of Winsceler Davis
5273 Crowne Chase Parkway
Hoover, Alabama 35244

The DCH Healthcare Authority
809 University Boulevard East
Tuscaloosa, Alabama 35401

Greene County EMS
P.O Box 431
Eutaw, Alabama 35462

The Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20571

Jay E. Town, Esq.
United States Attorney for the Northern District of Alabama
1801 4th Avenue North
Birmingham. Alabama 35203

William Barr, Esq.
Attorney General of the United States of America
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

San Diego Department of Child Support Services
Director Jeff Grissom
3666 Kearny Villa Road
San Diego, California 92123