# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| ACCC INSURANCE COMPANY, O/B/O WARREN FLANNIGAN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 7:19-cv-00988-LSC |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

## Order

This Court acknowledges receipt of Plaintiff's Notice of Voluntary Dismissal of Defendant United States Department of Veterans Affairs (doc. 5.) filed on July 8, 2019. Accordingly, Defendant United States Department of Veterans Affairs is DISMISSED from this action. Because all of the claims which this Court had original jurisdiction over have been dismissed, this case is hereby REMANDED to the Circuit Court of Greene County. Costs are taxed as paid.

**DONE** and **ORDERED** on July 12, 2019.

_____
L. Scott Coogler
United States District Judge

194800